09-CV-05639-STIP

THE HONORABLE FRANKLIN D. BURGESS



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JABARI ANDREWS,<br><br>              Plaintiff,<br><br>    v.<br><br>PUGET SOUND TRUCK LINES, PUGET SOUND FREIGHT LINES, PUGET SOUND FREIGHT LINES, INC., ASHLEY MAZE and JOHN DOE MAZE, and the marital community comprised thereof, DOES 1-7, inclusive,<br><br>              Defendants. | No. C09-5639 FDB<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

Having reached a mutual settlement, the parties hereby stipulate through counsel that the above-captioned action may be dismissed with prejudice and without costs or fees to either party, and that judgment of dismissal may be entered accordingly.

STIPULATION AND ORDER OF
DISMISSAL (No. C09-5639 FDB) – 1

13222-0007/LEGAL18016438.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED: _____, 2010.

**LAW OFFICES OF GRANT & ASSOCIATES**     **PERKINS COIE LLP**

By:  s/ Artis C. Grant, Jr.                         By:  s/ Sonia D. Cook
   Artis C. Grant, Jr., WSBA No. 26204           James Sanders, WSBA No. 24565
The Law Dome                                     Sonia D. Cook, WSBA No. 40786
3002 So. 47th Street                             1201 Third Avenue, Suite 4800
Tacoma, WA 98409                                 Seattle, WA 98101-3099

Attorney for Plaintiff                           Attorney for Defendants

STIPULATION AND ORDER OF
DISMISSAL (No. C09-5639 FDB) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

13222-0007/LEGAL18016438.1

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the claims of plaintiff Jabari Andrews are dismissed with prejudice and without costs or attorney fees to either party.

DATED: April 2, 2010.

_____
THE HONORABLE FRANKLIN D. BURGESS
United States District Court Judge

Approved for Entry:

**PERKINS COIE LLP**


By:  s/ Sonia D. Cook
   James Sanders, WSBA No. 24565
   Sonia D. Cook, WSBA No. 40786
Attorneys for Defendants


**LAW OFFICES OF GRANT & ASSOCIATES**


By:  s/Artis C. Grant, Jr.
   Artis C. Grant, Jr., WSBA No. 26204
Attorney for Plaintiff

STIPULATION AND ORDER OF
DISMISSAL (No. C09-5639 FDB) – 3

13222-0007/LEGAL18016438.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000